UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BILLY MORRIS                                                                                          PETITIONER

v.                                                                    CIVIL ACTION NO. 3:13cv926-DPJ-FKB

JIM HOOD and SUPERINTENDENT
JOHNNIE DENMARK                                                                              RESPONDENTS

ORDER

This cause came on this date to be heard upon the Report and Recommendation [13] of the United States Magistrate Judge, after referral of hearing by this Court.  Magistrate Judge Ball recommended dismissal of Morris's petition for writ of habeas corpus as untimely.  Morris did not file objections to the Report and Recommendation.  The Court, having fully reviewed the unopposed Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this Court.  Defendants' Motion to Dismiss [10] is granted and the petition is dismissed with prejudice.

A separate judgment will be entered as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 27th day of May, 2014.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE